# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
GROW MODERN KIDS LLC

**DEFENDANTS**
DANNY ROBERTSON and SUMMER ROBERTSON, d/b/a GROW MODERN

**(b)** County of Residence of First Listed Plaintiff  COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Multnomah County
(IN U.S. PLAINTIFF CASES ONLY)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606

**07CV7193**
**JUDGE HART**
**MAG. JUDGE VALDEZ**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [x]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [x]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

Nature of suit: 840 Trademark

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[x] 1 Original Proceeding

## VI. CAUSE OF ACTION

Trademark/Intellectual Property Case

## VII. PREVIOUS BANKRUPTCY MATTERS
(none)

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [x] Yes

## IX. This case
[x] is not a refiling of a previously dismissed action.

DATE: 12/21/07
SIGNATURE OF ATTORNEY OF RECORD

FILED
DEC 21 2007
Dec. 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT