FILED

DEC 2 1 2007

Dec. 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GROW MODERN KIDS LLC,                    )
                                         )
                Plaintiff,               )        **07CV7193**
                                         )   **JUDGE  HART**
        v.                               )   **MAG. JUDGE VALDEZ**
                                         )
DANNY ROBERTSON and                      )
SUMMER ROBERTSON, d/b/a                  )
GROW MODERN,                             )
                                         )
                Defendants.              )

## PLAINTIFF'S DISCLOSURE STATEMENT
## PURSUANT TO FRCP 7.1 AND LOCAL RULE 3.2

Plaintiff Grow Modern Kids LLC ("Grow") hereby discloses the

following information pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and

Northern District of Illinois Local Rule 3.2:

   1.    Grow, a non-governmental corporate party, is a limited liability

company organized and existing under the laws of Illinois, with a principal place of

business at 1943 West Division, Chicago, Illinois 60622.

   2.    Two individuals own more than 5% of Grow (and in fact, own

Grow in its entirety):  Deree Kobets and Nancy Little.

   3.    No private or any publicly held corporation has owned, or

currently owns, 10% or more of the stock of Grow.

Dated:  December 21, 2007                 Respectfully submitted,


                                          _____
                                          One of the Attorneys for Plaintiff
                                          Grow Modern Kids LLC


177101_1.DOC

Joseph J. Siprut
siprut@sw.com
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300

*Of Counsel:*
Mark S. Puzella
Neil T. Smith
GOODWIN|PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
617.570.1000