FILED
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GROW MODERN KIDS LLC, | ) | |
| | ) | **07CV7193** |
| Plaintiff, | ) | **JUDGE HART** |
| v. | ) | **MAG. JUDGE VALDEZ** |
| | ) | |
| DANNY ROBERTSON and | ) | |
| SUMMER ROBERTSON, d/b/a | ) | |
| GROW MODERN, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S NOTICE OF CLAIM INVOLVING U.S. TRADEMARKS

Pursuant to Local Rule 3.4 of the Rules of this Court, Plaintiff Grow Modern Kids LLC ("Grow") hereby provides a notice of claim involving U.S. Trademarks.

Pursuant to 15 U.S.C. § 1116(c), the Clerk of the Court is required to provide the following information to the Director of Trademarks:

This action involves the following parties:

Plaintiff:   Grow Modern Kids LLC
             1943 West Division
             Chicago, Illinois 60622

Defendants:  Danny Robertson and
             Summer Robertson, d/b/a
             Grow Modern
             4603 SW 45th Avenue
             Portland, Oregon 97221

This action involves the following U.S. Trademarks applications, identified by Serial Number, and each of which is currently pending in the U.S. Patent & Trademark Office:

- Serial No. 77/340,471

- Serial No. 77/340,502

- Serial No. 77/340,522

145485_1.DOC

Dated: December 21, 2007

Respectfully submitted,

_____
One of the Attorneys for Plaintiff
Grow Modern Kids LLC

Joseph J. Siprut
siprut@sw.com
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300

*Of Counsel:*
Mark S. Puzella
Neil T. Smith
GOODWIN|PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
617.570.1000

2