IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GROW MODERN KIDS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-cv-7193 |
| | ) | |
| v. | ) | |
| | ) | |
| DANNY ROBERTSON and | ) | |
| SUMMER ROBERTSON, d/b/a | ) | |
| GROW MODERN, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.3**

Pursuant to Local Rule 16.3 of the Rules of this Court, Plaintiff Grow Modern Kids LLC ("Grow") hereby certifies that its counsel sent copies of this Court's Lanham Act Mediation Program to the Defendants on January 16, 2008, within 20 days of receipt of the program materials.

Dated: January 16, 2008                         Respectfully submitted,

                                                s/ Joseph J. Siprut (ARDC #6279813)
                                                One of the Attorneys for Plaintiff
                                                Grow Modern Kids LLC

Joseph J. Siprut
siprut@sw.com
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300

*Of Counsel:*
Mark S. Puzella
Neil T. Smith
GOODWIN|PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
617.570.1000

145485_1.DOC