IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GROW MODERN KIDS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-cv-7193 |
| | ) | |
| v. | ) | The Honorable William T. Hart |
| | ) | |
| DANNY ROBERTSON and | ) | |
| SUMMER ROBERTSON, d/b/a | ) | |
| GROW MODERN, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE REGARDING PARTICIPATION
IN THE LANHAM ACT MEDIATION PROGRAM**

Pursuant to Local Rule 16.3 of the Rules of this Court and the Lanham Act Mediation Program of Northern District of Illinois, Plaintiff Grow Modern Kids LLC hereby states that it does not agree to participate in the Lanham Act Mediation Program.

Dated:  February 19, 2008                   Respectfully submitted,

                                            s/ Joseph J. Siprut (ARDC #6279813)
                                            One of the Attorneys for Plaintiff
                                            Grow Modern Kids LLC

Joseph J. Siprut
siprut@sw.com
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300

*Of Counsel:*
Mark S. Puzella
Neil T. Smith
GOODWIN|PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
617.570.100

145485_1.DOC