AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

| GROW MODERN KIDS LLC | **RETURN OF SERVICE** 07-c-7193 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 040808 @ 11:00AM |
| NAME OF SERVER (PRINT) Brian Freeland | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>Summer Robertson d/b/a GROW MODERN @4603 SW 45th Ave., Portland, OR 97221</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES 65.00 | TOTAL 65.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  040808
               Date

Signature of Server

Address of Server

**LAWYER'S LEGAL SERVICE LLC**
P.O. BOX 9007
PORTLAND, OR USA 97207-9007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GROW MODERN KIDS LLC,
Plaintiff

CASE NUMBER: 07-c-7193

V.

ASSIGNED JUDGE: Hart

DANNY ROBERTSON and SUMMER
ROBERTSON, d/b/a GROW MODERN

DESIGNATED
MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

Summer Robertson
d/b/a GROW MODERN
4603 SW 45th Avenue
Portland, Oregon 97221

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph J. Siprut
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

DEC 21 2007

(By) DEPUTY CLERK

DATE