**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GROW MODERN KIDS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANNY ROBERTSON and )<br>SUMMER ROBERTSON, d/b/a )<br>GROW MODERN, )<br>)<br>Defendants. ) | Case No. 07-c-7193 |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Grow Modern Kids LLC hereby gives notice of dismissal of all claims against Defendants Danny Robertson and Summer Robertson, d/b/a Grown Modern. Each party is to bear its own costs. Plaintiff states that, pursuant to Rule 41(a)(1)(i), at the time of this dismissal, no defendant has served an answer or motion for summary judgment.

Dated: April 29, 2008

Respectfully submitted,

/s Joseph J. Siprut (ARDC # 6279813)_____
One of the Attorneys for Plaintiff
Grow Modern Kids LLC

Joseph J. Siprut
siprut@sw.com
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300

*Of Counsel:*
Mark S. Puzella
Neil T. Smith
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
617.570.1000

**CERTIFICATE OF SERVICE**

    I, Joseph J. Siprut, an attorney, certify that I caused a copy of the foregoing Notice of Dismissal to be filed electronically with the Clerk of the Court using the CM/ECF system on this 29th day of April, 2008. Copies of this filing have been sent by U.S. Mail to

        Danny Robertson
        Summer Robertson
        d/b/a Grow Modern
        4603 Southwest 45th Avenue
        Portland, OR 97221

                /s Joseph J. Siprut
                Joseph J. Siprut